rss

# United States District Court
## District of Maryland

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Offenses Committed on or After November 1, 1987) |
| v. | Case Number: 8:15-PO-05065-TMD |
| | USM Number: N/A |
| LUCY A. SUGIYAMA | Defendant's Attorney: LEONARD R. STAMM |
| | Assistant U.S. Attorney: JANE NATHAN |

**THE DEFENDANT:**

☒ pleaded guilty to counts __1 & 2__
☐ pleaded nolo contendere to count(s) _____, which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

MAY 1 2 2016

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36CFR4.23(a)(1) | Operating Vehicle while under Influence of Controlled Substance | 03/26/2015 | 1 |
| 36CFR4.22(b)(3) | Failure to Maintain Control of Motor Vehicle to Avoid Persons, Property, Wildlife | 03/26/2015 | 2 |

The defendant is adjudged guilty of the offense(s) listed above and sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by United States v. Booker, 543 U.S. 220 (2005).

☐ The defendant has been found not guilty on count(s)
☒ Counts __3, 4, 5, & 6__ are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 4, 2016
Date of Imposition of Judgment

Thomas M. DiGirolamo    5/9/16
Thomas M. DiGirolamo    Date
United States Magistrate Judge

Name of Court Reporter: FTR

**DEFENDANT: LUCY A. SUGIYAMA**                                       CASE NUMBER: 8:15-PO-05065-TMD

# PROBATION

The defendant is hereby placed on probation for a term of  THIRTY-SIX (36) months as to Count 1 and Count 2 to run concurrent  .

**A.    The defendant shall comply with all of the following conditions:**

1) The defendant shall not commit any federal, state or local crime.
2) In any felony case, the defendant shall not possess a firearm or ammunition as defined in 18 U.S.C. §921.
3) The defendant shall not illegally use or possess a controlled substance.
4) The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.
☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)
5) Pursuant to Pub. Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, if applicable, the defendant shall cooperate in the collection of DNA while incarcerated in the Bureau of Prisons, or as directed by the probation officer.
6) If this judgment imposes any criminal or monetary penalty, including special assessment, fine, or restitution, it shall be a condition of probation that the defendant pay any such criminal monetary penalty in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.  The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

## B.    STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall notify the probation officer within 72 hours of being charged with any offense, including a traffic offense;
13) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court;
14) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: LUCY A. SUGIYAMA  
CASE NUMBER: 8:15-PO-05065-TMD

# C. PROBATION
## ADDITIONAL CONDITIONS

**SUBSTANCE ABUSE**
- ☒ The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

**VICTIM IMPACT PROGRAM**
- ☒ The defendant shall attend a victim impact program as directed by the probation officer.

**HOME DETENTION**
- ☒ *With location monitoring and remote alcohol testing*
  The defendant shall be placed on home detention for a period of __6__ months. The defendant shall abide by all technological requirements of the program, which will include a location monitoring system and remote alcohol testing. During this time the defendant shall be restricted to his/her place of residence except for activities approved in advance by the probation officer. The participant shall pay all or part of the costs of the location monitoring system and remote alcohol testing based on his/her ability to pay as directed by the court and/or the probation officer.

  The defendant may leave for counseling, N.A./A.A. meetings, work, medical appointments, and medical appointments for her mother. The defendant may make 1 trip per week to the grocery store. The defendant is authorized to register Chance in school and attend Austin's graduation.

**MENTAL HEALTH**
- ☒ The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

**ALCOHOL**
- ☒ The defendant shall not consume alcohol during the period of supervision.

**ALCOHOL RESTRICTION**
- ☒ The defendant shall obtain an alcohol restriction on his/her license as directed by the probation officer.

**AUTOMOBILE IGNITION INTERLOCK DEVICE**
- ☒ The defendant shall have installed and maintained for a period of __18__ months, in any vehicle owned or operated by the defendant for personal use, an ignition interlock device approved by the probation officer. The defendant shall be responsible for the total cost of installation and maintenance of the ignition interlock device.

DEFENDANT: LUCY A. SUGIYAMA  
CASE NUMBER: 8:15-PO-05065-TMD

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 3B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 20.00 | $ | $ |

☒ CVB Processing Fee $50.00

☐ The determination of restitution is deferred until Click here to enter a date.. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows: _____

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.